THIS OPINION
 HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN
 ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 Zachary Miller, Appellant,
 v.
 South Carolina Department
 of Corrections, Respondent.
 
 
 

Appeal From Administrative Law Court
 Marvin F. Kittrell, Administrative Law
 Court Judge
Unpublished Opinion No.  2010-UP-237
Submitted April 1, 2010  Filed April 14,
 2010
Affirmed

 
 
 
 Zachary Miller, pro se, for Appellant.
 Robert W. Jacobs,
 of Columbia, for Respondent.
 
 
 

PER CURIAM:  In a disciplinary action, the South
 Carolina Department of Corrections (the Department) convicted Zachary Miller of
 sexual misconduct.  Miller appeals the Administrative Law Court's (ALC's)
 decision affirming his conviction, arguing the ALC erred in finding his
 conviction is supported by substantial evidence.  We affirm[1] pursuant to Rule 220(b)(1), SCACR, and the following authorities:
1. As to whether the ALC erred in finding substantial evidence
 supported Miller's conviction for sexual misconduct:  Anderson v. Baptist Med. Ctr., 343 S.C. 487, 492, 541 S.E.2d 526, 528 (2001) (holding
 "[t]he findings of an administrative agency are presumed correct and will
 be set aside only if unsupported by substantial evidence" and noting
 substantial evidence is "evidence which, considering the record as a
 whole, would allow reasonable minds to reach the conclusion the [Department] reached"). 
2. As to whether the Department's failure to follow its policies
 and procedures violated his state-created liberty interest: Brown v. S.C. Dep't of Health & Envtl. Control, 348 S.C. 507, 519, 560 S.E.2d 410, 417 (2002)
 ("[I]ssues not raised to and ruled on by the [ALC] are not preserved for
 appellate consideration.").
AFFIRMED.
HUFF,
 THOMAS, and KONDUROS, JJ., concur.  

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.